**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| KYOUNG JA KIM AND CHANG SOON KIM, | : | No. 429 MAL 2021 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| YUN & ASSOCIATES, P.C., KATHLEEN | : | |
| BANG WHAN CHUNG, MYOUNG JA | : | |
| JHANG, KOREA WEEK, CHANG HI YUN, | : | |
| AND CHRISTINE YUN, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.